COMMONWEALTH of Pennsylvania, Respondent,

v.

Nathan A. ETCHISON, Petitioner.

Supreme Court of Pennsylvania.

Oct. 26, 2007.

### ORDER

PER CURIAM.

AND NOW, this 26th day of October, 2007, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, rephrased for clarity, is:

(1) Whether sub-section (d)(1) of the D.U.I. statute (75 Pa.C.S. § 3802) is un-

constitutionally overbroad and thus violative of the right to due process?